**Geraldine Talley HOBBY,**
**Plaintiff—Appellant,**

v.

**BENEFICIAL/HOUSEHOLD MEM-**
**BER HSBC GROUP; Glasser and**
**Glasser Law Firm, Defendants—Ap-**
**pellees.**

**Geraldine Talley Hobby, Plaintiff—**
**Appellant,**

v.

**First Baptist Church of Logan Park,**
**Logan Park Group Corporation;**
**George Pastor George Spicer; Mrs.**
**Spicer; Renee Crandall Baker; Mi-**
**chael Baker, Deacon; Unknown, An**
**unknown party who attended the sale**
**and any additional parties who were**
**involved in the acquisition of my fam-**
**ily property, for the purpose of demol-**
**ishing for a parking lot—namely**
**Trustees, Defendants—Appellees.**

Geraldine Talley Hobby, Plaintiff—Appellant,

v.

Beneficial; City of Norfolk, City Attorney; the Norfolk Public School System; Division of Neighborhood Preservation; Fire Marshall Division; Department of Utilities, Division of Water Accounts; Titustown Civic League, Defendants—Appellees.

Nos. 05–2006, 05–2007, 05–2008.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 25, 2006.

Geraldine Talley Hobby, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Geraldine Hobby seeks to appeal from the district court's orders denying her motions to proceed in forma pauperis and dismissing her civil actions for failure to state a claim, pursuant to Fed.R.Civ.P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hobby v. Beneficial Household* No. CA–05–238–JBF–TEM; *Hobby v. First Baptist Church,* No. CA–05–247–JBF–TEM, *Hobby v. Beneficial,* No. CA–05–274–JBF–FBS (E.D.Va. Aug. 12, 2005). We grant Hobby's motions to amend and file her informal brief out of time and deny her motion to transfer and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*